UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEONARD I. EISENFELD, *et al.*,  )
                                 )
         Plaintiffs,             )
                                 )
    v.                           )   Civ. No. 98-1945 (RCL)
                                 )
                                 )   **FILED**
THE ISLAMIC REPUBLIC OF IRAN, *et al.*, )
                                 )   JUL 1 1 2000
         Defendants.             )
                                 )   NANCY MAYER WHITTINGTON, CLERK
_____)   U.S. DISTRICT COURT

## ORDER AND JUDGMENT

For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, it is this 11th day of July, 2000

ORDERED that judgment be and it is entered on behalf of Plaintiff, Arline Duker, as Administrator of the Estate of Sara Rachel Duker against Defendants, The Islamic Republic Of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani and Ali Fallahian-Khuzestani, jointly and severally, for loss of accretions to the Estate of Sara Rachel Duker in the amount of ONE MILLION TWO HUNDRED FORTY FIVE THOUSAND FOUR HUNDRED AND EIGHTEEN DOLLARS ($1,245,418.00), said amount to be apportioned in accordance with the intestate laws of the State of New Jersey, and it is further

ORDERED that judgment be and it is entered on behalf of Plaintiff, Leonard I. Eisenfeld, as Administrator of the Estate of Matthew Eisenfeld against Defendants, The Islamic Republic Of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar

Hashemi-Rafsanjani and Ali Fallahian-Khuzestani, jointly and severally, for loss of accretions to the Estate of Matthew Eisenfeld in the amount of ONE MILLION FOUR HUNDRED FIFTEEN THOUSAND FIVE HUNDRED EIGHTY FOUR ($ 1, 415,584.00), said amount to be apportioned in accordance with the intestate laws of the State of Connecticut, and it is further

ORDERED that judgment be and it is entered on behalf of Plaintiff, Arline Duker, as Administrator of the Estate of Sara Rachel Duker against Defendants, The Islamic Republic Of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani and Ali Fallahian-Khuzestani, jointly and severally, for the conscious pain and suffering of Sara Rachel Duker in the amount of ONE MILLION DOLLARS ($1,000,000.00), and it is further

ORDERED that judgment be and it is entered on behalf of Plaintiff, Leonard I. Eisenfeld, as Administrator of the Estate of Matthew Eisenfeld against Defendants, The Islamic Republic Of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani and Ali Fallahian-Khuzestani, jointly and severally, for the conscious pain and suffering of Matthew Eisenfeld in the amount of ONE MILLION DOLLARS ($1,000,000.00), and it is further

ORDERED that judgment be and it is entered upon application of Plaintiff, Arline Duker, as Administrator of the Estate of Sara Rachel Duker, on behalf of Sara Rachel Dukers surviving parent and surviving siblings, against Defendants, The Islamic Republic Of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani and Ali Fallahian-Khuzestani, jointly and severally, for solatium, in the total amount of TEN MILLION DOLLARS ($10,000,000.00), allocated as follows: to Decedent's mother, Arline Duker, FIVE

MILLION DOLLARS ($5,000,000.00); to Decedent's sister Tamara Duker, TWO MILLION FIVE HUNDRED THOUSAND DOLLARS ($2,500,000.00); to Decedent's sister, Ariella Duker, TWO MILLION FIVE HUNDRED THOUSAND DOLLARS ($2,500,000.00); and it is further

ORDERED that judgment be and it is entered on application of Plaintiff, Leonard I. Eisenfeld, as Administrator of the Estate of Matthew Eisenfeld, on behalf of Matthew Eisenfeld's surviving parents and sibling, against Defendants, The Islamic Republic Of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani and Ali Fallahian-Khuzestani, jointly and severally, for solatium, in the total amount of TWELVE MILLION FIVE HUNDRED THOUSAND DOLLARS ($12,500,000.00), allocated as follows: to Decedent's mother, Vicki Eisenfeld, FIVE MILLION DOLLARS ($5,000,000.00); to Decedent's father, Leonard I. Eisenfeld, FIVE MILLION DOLLARS ($5,000,000.00); to Decedent's sister, Amy Eisenfeld, TWO MILLION FIVE HUNDRED THOUSAND DOLLARS ($2,500,000.00), and it is further

ORDERED that judgment be and it is entered on behalf of Plaintiff, Arline Duker, as Administrator of the Estate of Sara Rachel Duker against Defendants, The Islamic Republic Of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani and Ali Fallahian-Khuzestani, jointly and severally, for punitive damages in the amount of ONE HUNDRED FIFTY MILLION DOLLARS ($150,000,000.00), and it is further

ORDERED that judgment be and it is entered on behalf of Plaintiff, Leonard I. Eisenfeld, as Administrator of the Estate of Matthew Eisenfeld against Defendants, The Islamic Republic Of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani and Ali Fallahian-Khuzestani, jointly and severally, for punitive damages in the amount of ONE HUNDRED FIFTY MILLION DOLLARS ($150,000,000.00), and it is further

ORDERED that the Clerk of Court shall cause a copy of this Order and Judgment and the accompanying Findings of Fact and Conclusions of Law to be translated into Farsi and transmitted to the United States Department of State for diplomatic service upon the Defendants in accordance with the provisions of 28 U.S.C. § 1608(a)(4), with the costs of translation to be paid by the Plaintiffs.

SO ORDERED.

DATE: 7-11-00

Royce C. Lamberth
United States District Judge